# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL NUNEZ,<br><br>   Plaintiff,<br><br> v.<br><br>RALPH DIAZ, et al.,<br><br>   Defendants. | Case No. 1:19-cv-00686-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S *EX PARTE* EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>(ECF Nos. 2, 15) |

   Plaintiff Joel Nunez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On August 30, 2019, the assigned Magistrate Judge filed findings and recommendation recommending that Plaintiff's *ex parte* emergency motion for a temporary restraining order and a preliminary injunction be denied. (ECF No. 15.) The findings and recommendation were served on Plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days after service. (Id. at 5.) No objections have been filed and the time in which to do so has now passed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed on August 30, 2019, (ECF No. 15), are adopted in full;
2. Plaintiff's *ex parte* emergency motion for a temporary restraining order and a preliminary injunction, (ECF No. 2), is DENIED; and
3. This action is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:  October 22, 2019

SENIOR DISTRICT JUDGE