UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL NUNEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-00686-AWI-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST TO WITHDRAW ALL PLAINTIFF'S LEGAL ISSUES, CONSTRUED AS A REQUEST FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 21) |

Plaintiff Joel Nunez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 15, 2019, Plaintiff filed a request to withdraw all his legal issues, which the Court construes as a request to voluntarily dismiss this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 21.)

Under Rule 41(a)(1)(A)(i), "a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997) (citation omitted). No defendant in this action has served an answer or a motion for summary judgment.

///

///

///

1

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate all pending deadlines and close this case.

IT IS SO ORDERED.

Dated: __November 18, 2019__

_____
UNITED STATES MAGISTRATE JUDGE